People of State of Illinois, Defendant in Error, v. Pasquale Esposito (Impleaded), Plaintiff in Error.

Gen. No. 45,260.

146

Richard H. Devine, and John A. McIntyre, for plaintiff in error; John S. Boyle, State's Attorney, for defendant in error; John T. Gallagher, Rudolph L. Janega, and Arthur F. Manning, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full. Opinion filed March 13, 1951; rehearing denied April 4, 1951; released for publication April 6, 1951.